**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMES BEARD,

Plaintiff,

v.

BEVERLY ENTERPRISES,

Defendant.

Civil No. 01-1982 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Chris A. Messerly ROBINS KAPLAN MILLER & CIRESI, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for plaintiff.

Bard D. Borkon, BOWMAN & BROOKE, 150 South Fifth Street Suite 2600, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Dec. 21, 2001
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

DEC 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK